**Rickey James SHEPARD,**
**Petitioner–Appellant,**

v.

**Rickie HARRISON, Warden of Kershaw Correctional Institution; Charles M. Condon, Respondents–Appellees.**

No. 01–7427.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 30, 2001.

Rickey James Shepard, pro se. Derrick K. McFarland, Office of the Attorney General of South Carolina, Columbia, SC, for appellees.

Before DIANA GRIBBON MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Rickey James Shepard appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have re-

viewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Shepard v. Harrison,* No. CA–00–2794–7–19BG (D.S.C. July 26, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*